FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, as subrogee for Dale and Melinda Smith,<br><br>Plaintiff,<br><br>v.<br><br>FERGUSON ENTERPRISES INC, a foreign corporation; and FERGUSON ENTERPRISES LLC, a Virginia company,<br><br>Defendants. | No.   4:21-cv-05078-SMJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO AMEND NOTICE OF REMOVAL** |

Before the Court are Plaintiff's Motion to Remand, ECF No. 6, and Defendants' Motion for Leave to Amend Notice of Removal, ECF No. 7. Plaintiff does not oppose Defendants' motion for leave to amend, rendering its motion to remand moot.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Leave to Amend Notice of Removal, **ECF No. 7**, is **GRANTED**.

2. Plaintiff's Motion to Remand, **ECF No. 6**, is **DENIED AS MOOT**.

ORDER GRANTING DEFENDANTS' MOTION TO AMEND NOTICE OF REMOVAL – 1

**3.** Defendant shall file its Amended Notice of Removal **by no later than one week from the date of this Order**. *See* ECF No. 7-1.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

\\waed.circ9.dcn\Data\SMJ\Civil\2021\Safeco Insurance Company of America v. Ferguson Enterprises Inc et al-5078\Order Granting Motion to Amend.docx

ORDER GRANTING DEFENDANTS' MOTION TO AMEND NOTICE OF REMOVAL – 2