FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, as subrogee for Dale and Melinda Smith, <br><br> Plaintiff, <br><br> v. <br><br> FERGUSON ENTERPRISES, INC., a foreign corporation, and FERGUSON ENTERPRISES, LLC, a Virginia company, <br><br> Defendants. | No.  4:21-cv-05078-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 22, 2022, the parties filed a stipulated dismissal, ECF No. 13. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 13**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

     **5.**    The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 23rd day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2